**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RUTH COLLINS, | ) |
| Plaintiff-Relator, | ) |
| v. | ) Case No. 1:22-cv-2634-SDG |
| SHELITHA ROBERTSON; JACQUELYN WHITE; TRITAN, INC.; MO GRIGGS CONTRACTING, INC.; and ATLANTA CUSTOM MOTORS, LLC, | ) |
| Defendants. | ) |

**RELATOR'S MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES**

Relator Ruth Collins moves the Court for an award of $141,194.00 in attorneys' fees and $568.39 in costs and expenses as provided for in the False Claims Act, 31 U.S.C. § 3730(d)(2). Our fee request is based on a lodestar calculation using reasonable rates of $885 per hour for attorney Julie Bracker, $850 per hour for attorney Jason Marcus, $859 per hour for attorney Nathan Peak, $675 per hour for attorney Graham Rusk, and $255 per hour for our paralegal Sheri Lang, multiplied by a total of 192.1 hours.

A memorandum in support is filed herewith, along with a fee statement documenting our time—which was tracked contemporaneously throughout this

litigation—attached as Exhibit A. The affidavits of attorneys Jason Marcus, Rob Snyder, and Lynn Adam are attached as Exhibits B through D, respectively.

Relator reserves the right to supplement her request as counsel expends additional time on this matter.

Respectfully submitted this 15th day of September, 2025.

/s/ Jason Marcus
Julie Bracker
Georgia Bar No. 073803
Jason Marcus
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Rd., Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Julie@fcacounsel.com
Jason@fcacounsel.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this the 15th day of September, 2025.

/s/ Jason Marcus
Jason Marcus