# EXHIBIT B

**AFFIDAVIT OF JASON MARCUS IN SUPPORT OF RELATOR'S MOTION FOR ATTORNEYS' FEES AND COSTS**

Before me, the undersigned authority, personally appeared Jason Marcus, who, by me, being duly sworn, deposes and says:

1. My name is Jason Marcus. I am one of the founding partners of the law firm of Bracker & Marcus LLC in Atlanta, Georgia, beginning in 2015. I am a cum laude graduate of the University of Georgia School of Law. I have been a member in good standing of the Georgia Bar since 2006 and a member of the Northern District of Georgia since 2008.

2. After law school, I clerked for the honorable Magistrate Judge G.R. Smith for the Southern District of Georgia in 2007. Then, since 2008, I have almost exclusively represented whistleblowers under the federal False Claims Act and related state statutes, as well as other federal whistleblower programs.

3. I am the founder and former chairman of the Young Lawyers Division for the non-profit The Anti-Fraud Coalition f/k/a Taxpayers Against Fraud Education Fund, serve on the board of the Federal Bar Association's Qui Tam section, and am a frequent speaker at seminars and CLEs on the False Claims Act, including four separate panels discussing Paycheck Protection Program fraud. I have enjoyed an AV Preeminent rating with Martindale-Hubbell since 2015, I was selected for the Rising Stars list by Super Lawyers Magazine from 2016 to 2022 and selected for the Super Lawyers list from 2023 to present. In 2019, I was named an Attorney to Watch by Atlanta Attorneys

at Law Magazine, and in 2021, I was identified as one of 20 "Under 40" On the Rise attorneys by the Fulton County Daily Report.

4. Julie Bracker is also a founding partner of Bracker & Marcus LLC, beginning in 2015. She is a summa cum laude graduate of Vanderbilt University and Vanderbilt Law School, where she was elected to the Order of the Coif. She has been a member in good standing of the Georgia Bar since 2002 and a member of the Northern District of Georgia since 2003.

5. After law school, Ms. Bracker was an Associate Attorney at Rogers & Hardin, including representing a defendant in a heavily litigated False Claims Act case. Since 2006, Ms. Bracker has exclusively represented whistleblowers under the federal False Claims Act and related state statutes, as well as other federal whistleblower programs.

6. Ms. Bracker has achieved recognition through private rating services including Martindale Hubbell Peer Review, which has assigned her an AV Preeminent peer rating. She has been named a *Georgia Super Lawyer* each year since 2017, received the Women in Law award from *Lawyer Monthly* magazine in 2016, and is a frequent speaker on FCA matters across the country. She has been recognized by Best Lawyers for her practice of Qui Tam Law since 2025.

7. Ms. Bracker is a member of several organizations relating to the practice of False Claims Act/qui tam law. She is a longtime member of Taxpayers Against Fraud, the qui tam bar organization, has served on its Educational Committee, and currently

serves on its DEI Committee. She is an active member of and frequent speaker for the Qui Tam section of the Federal Bar Association, and served six years on the Board and one year as president of the Georgia Chapter of the National Employment Lawyers Association. She has also been named to the Vanderbilt Law School Board of Advisors.

8. Nathan Peak is Of Counsel for Bracker & Marcus LLC and has been with the firm since 2020. He is a 2005 graduate of American University, Washington College of Law. He is an active member in good standing of the Maryland State Bar (2006), the District of Columbia Bar (2007), and the Virginia State Bar (2017). He is also a member in good standing of the United State District Courts for Maryland, the District of Columbia, and the Eastern District of Virginia.

9. Prior to joining Bracker & Marcus LLC, Mr. Peak was a Partner at Ashcraft & Gerel, LLP in Washington, D.C., where he was the head of the firm's False Claims Act practice from 2016 through 2019. Mr. Peak joined Ashcraft & Gerel in 2007 and joined the firms False Claims Act practice in 2009. He has represented whistleblowers under the federal False Claims Act and related state statutes, as well as other federal whistleblower programs since 2009.

10. Graham Rusk is an Associate Attorney at Bracker & Marcus LLC and has been with the firm for nine months. He is a 2024 graduate of Georgia State University, College of Law in Atlanta, Georgia. He is an active member in good standing of the

Georgia Bar (2024), and the United States District Courts for the Northern District of Georgia (2025) and the Southern District of Indiana (2025).

11. Prior to becoming an attorney, Mr. Rusk served for over two decades in various law enforcement capacities with the last 18 of those years with the Georgia Bureau of Investigation ("GBI"). While at the GBI, Mr. Rusk spent several years detached to various federal task forces, most notably at the FBI's Atlanta Organized Crime Task Force. At the FBI, he led significant federal investigations in the Northern District of Georgia, focusing on sophisticated financial and cyber fraud, public corruption, money laundering and organized crime. Mr. Rusk has worked hundreds of complex cases and his work has been recognized by the Attorney General of the United States and the Director of the FBI.

12. As the only paralegal at Bracker & Marcus LLC, Sheri Lang is one of the most experienced False Claims Act paralegals in the country, having performed in that role since 2014. She routinely performs associate-level work, including document review projects and redlining pleadings.

13. Bracker & Marcus LLC is one of the most active FCA plaintiff's firms in the entire country, and, as a result, Ms. Bracker and I are two of the most experienced FCA lawyers in the country. As a direct result of preparing and litigating hundreds of FCA cases, we are especially proficient and efficient, which warrants a higher hourly rate.

14. We are particularly prolific in the filing of Paycheck Protection Program ("PPP") lawsuits. We have filed approximately 125 PPP cases—most of which are still under sealed investigation—thus far resulting in 12 PPP judgments or settlements, plus approximately 6 settlements in principle and others in the midst of settlement negotiations, totaling approximately $31.7 million in recoveries for the federal government.

15. Bracker & Marcus LLC is at the forefront of False Claims Act litigation. Ms. Bracker and I made new law in the Sixth Circuit regarding post-employment retaliation being protected under the False Claims Act's anti-retaliation provision. *See United States ex rel. Felten v. William Beaumont Hosp.*, 993 F.3d 428, 430–35 (6th Cir. 2021), *cert. denied sub nom. William Beaumont Hosp. v. United States*, 142 S. Ct. 896 (2022). This decision is already being adopted in other circuits. *See Smith v. Athena Constr. Grp., Inc.*, 2022 WL 888188, at *18 (D.D.C. Mar. 25, 2022).

16. We routinely litigate against some of the biggest—and highest billing—lawyers in the country, including having successfully settled cases with partners from King & Spalding, Ropes & Gray, Quinn Emanuel, and Hogan Lovells, including former solicitor general Neal Katyal, who is known to bill at a rate of $2,465 per hour.[1]

17. Bracker & Marcus LLC bases its requested hourly rates on the Fitzpatrick Matrix, the hourly rates for legal fees used by the Department of Justice for complex

---

[1] https://news.bloomberglaw.com/business-and-practice/big-law-rates-topping-2-000-leave-value-in-eye-of-beholder

federal litigation—including False Claims Act litigation. These rates are reasonable for private False Claims Act lawyers, who work with and perform the same work as DOJ lawyers in False Claims Act matters, and have been adopted by the D.C. District Courts.

18. Associate Rusk is an unusual case because he is a first-year attorney but he has extensive experience with the GBI and FBI performing work that has significant overlap with what attorneys do and developing similar skills, including investigating fraud and related research and writing. We do not think it would be appropriate to bill someone with his experience at the same rate as a first-year attorney straight out of law school. Counting only his eighteen years with the GBI (discounting seven additional years in law enforcement), we apply one year of attorney time for every three years of law enforcement time, plus one year as a lawyer, and bill him at the rate of an attorney in his seventh year.

19. In October 2022, Judge Story awarded our firm rates based on the Fitzpatrick Matrix in *United States ex rel. Hawkins v. OGCC Behavioral Health Servs., Inc.*, Civil Action No. 1-15-CV-4380-RWS, 2022 U.S. Dist. LEXIS 255371 (N.D. Ga. Oct. 28, 2022). Specifically, he awarded rates of $670/hour for Julie Bracker, $635/hour for Jason Marcus, and $150/hour for Sheri Lang based on 2021 Fitzpatrick Matrix rates.

20. The data collected for the Fitzpatrick Matrix runs through 2020. To generate rates after 2020, only an inflation adjustment (rounded to the nearest whole dollar) has

been added. Accordingly, the rates we seek are similarly adjusted from those awarded in *Hawkins* only for inflation and four additional years of legal practice.

21. I am familiar with the standards applicable to fee petitions in the Northern District of Georgia, and I believe that the hourly rates and the hours expended in this matter are reasonable and should be approved by the court.

22. Our firm has reviewed the billing entries for this case and has exercised billing judgment when preparing the final invoice.

FURTHER AFFIANT SAYETH NAUGHT.

Jason Marcus

STATE OF GEORGIA
COUNTY OF COBB

The foregoing instrument was acknowledged before me this 15th day of September 2025, by Jason Marcus, who is personally known to me.

Sheri Lang
NOTARY PUBLIC
COBB COUNTY, GEORGIA
My Commission Expires 04/26/2028

NOTARY PUBLIC
Print Name: Sheri Lang
My Commission Number: N/A
My Commission Expires: 4/26/28